UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60225-CR-LEIBOWITZ (COHN)

UNITED STATES OF AMERICA

vs.

MURRAY TODD PETERSEN,
         Defendant.
_____/

## GOVERNMENT'S WITNESS LIST

1) Sarah Halleran, Special Agent, Federal Bureau of Investigation
2) Lavderim Hysa, Forensic Accountant, Federal Bureau of Investigation
3) Gary Gubitz
4) Alan Ferguson
5) Daniel Pere
6) Dochtor Kennedy
7) Kurtrina King
8) Lynn Malmstrom
9) Steve Burnett
10) Peter Damiano
11) James Seminoff
12) Adam Asarno
13) Adam Lowe
14) Scott Schafer
15) Rick Almaguer
16) Alison LeBarron
17) IRS Records Custodian
18) Chase Bank Records Custodian

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: /s/ Marc S. Anton
MARC S. ANTON
Assistant U.S. Attorney
Florida Bar No. 0148369
500 E. Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Tel: (954) 660-5096
Fax: (954) 356-7336
Marc.anton@usdoj.gov

By: /s/ Latoya Brown
LATOYA BROWN
Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                                      /s/ Marc S. Anton  
                                                      Assistant U.S. Attorney