✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

MURRAY PETERSON

**DEFENSE WITNESS LIST**

Case Number: **23-60225-CR-LEIBOWITZ**

| PRESIDING JUDGE<br>Judge James I. Cohn | PLAINTIFF'S ATTORNEY<br>AUSA Marc Anton<br>AUSA Latoya Brown | DEFENDANT'S ATTORNEY<br>AFPD Christian Dunham<br>AFPD Alexandra Hoffman |
|---|---|---|
| TRIAL DATE(S)<br>January 6, 2025 | COURT REPORTER<br>Patricia Bailey Entin | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | WITNESSES |
|---|---|---|---|---|---|
| | | | | | Daniel Leemann |
| | | | | | Anne Watson |
| | | | | | Jan Finch |
| | | | | | Ron Finch |
| | | | | | Jill Chan |
| | | | | | Jeff Gladstone |
| | | | | | Gary Gubitz |
| | | | | | Stephanie Dye |
| | | | | | Roy Garren |
| | | | | | William Steen |
| | | | | | Joe Cruz |
| | | | | | Sarah Halleran |
| | | | | | Adam Asarnow |