UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60225-CR-LEIBOWITZ (COHN)

UNITED STATES OF AMERICA,

v.

ADAM JONATHAN LOWE
and
MURRAY TODD PETERSEN,

        Defendants.
_____/

## NOTICE OF FILING VICTIM IMPACT STATEMENTS

COMES NOW, the United States of America, and hereby gives notice of its filing of eleven (11) victim impact statements received to date. Additional victim impact statements will be filed with the Court upon receipt.

        Respectfully submitted,

        **HAYDEN P. O'BYRNE**
        UNITED STATES ATTORNEY

By:  /s/ Marc S. Anton
     MARC S. ANTON
     Assistant U.S. Attorney
     Florida Bar No. 0148369
     500 East Broward Blvd., Suite 700
     Ft. Lauderdale, Florida 33394
     Tel: (954) 660-5096
     Fax: (954) 356-7230
     Marc.anton@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

        /s/ Marc S. Anton
        Assistant U.S. Attorney