February 2, 2025

Dear Judge,

Our experience investing in fancy-colored diamonds through Todd Petersen was pretty devasting. As mentioned in court, our trust in Todd was from knowing him as a fellow member of the church we were attending and our friends who used him as their financial advisor. The result was that during 2016 and 2017, we thought things were going well. But when 2018 came around it was like a roller coaster of emotions. We went from thinking we had lost it all, to having hope, to lost it all…we ultimately lost our entire investment. It was surreal. We trusted him and it turns out we were taken advantage of because of that trust.

The $1M we lost was a substantial portion of our net worth. It was to help provide income during retirement. The loss of it provided a lot of sleepless nights and has caused me to be careful when doing business with my fellow Christians. During those stressful years, we weren't sure how things would turn out. It drew me to a closer relationship with my Lord and savior Jesus Christ.

As you can tell, it is hard for me to put into words. It is still hard to believe that he stole from us.

Sincerely,

Stephen William Burnett