PROB 72
(Rev. 02/16)

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

## DECLARATION OF VICTIM LOSSES

| UNITED STATES | ƒ | | |
|---|---|---|---|
| v. | ƒ | | |
| Adam Jonathan Lowe, et. al. | ƒ | Case No. | **0:23-cr-60225-DSL** |
| | ƒ | | |
| | ƒ | | |

I, _Jonathan Moulton_ , residing at _115 Grove Way_ ,
_Delray Beach, FL 33444_ _____ *(Please provide complete mailing address)* ,
am a victim in the above referenced case, and I believe that I am entitled to restitution in the total amount of
$ _250,000.00 + $24,000 = $ 274,000_

My specific losses as a result of this offense are summarized as follows: *(Please provide documentation of your losses, if available, and attach additional pages if needed)*

Please see attached

☐ I have been compensated by insurance or another source with respect to all or a portion of my losses in the amount
of $ _____ . The name and address of my insurance company and the claim number for this loss are as
follows:

As a result of this offense, I have: *(check all that apply)*

☐ become insolvent;
☐ filed for bankruptcy under the Bankruptcy Code (title 11, United States Code);
☒ suffered substantial loss of a retirement, education, or other savings or investment fund;
☐ made substantial changes to my employment (such as postponing retirement plans);
☐ made substantial changes to my living arrangements (such as relocating to a less expensive home);
☐ suffered substantial harm to my ability to obtain credit.

I declare under penalty of perjury that the foregoing is true and correct.

Date executed: _9/23/2024_ _____
_____ *(Signature)*
*(Print name and phone number)*

*(Additional Pages May be Attached)*

Monday, September 23, 2024

To Whom It May Concern:

In June of 2018, Adam Lowe approached me about a deal he had been working on for a very long time with Chinese Business Man, David Yu.  David is one of the founders of Alibaba (Chinese Amazon) and the Founder and Chairman of Yunfeng Capital.  Per Adam, David's company owns a number of jewelry stores in China and the Chinese Elite have a significant appetite for rare color diamonds.  Adam sent me a video of his presentation in China as well as a photo of him and David Yu in China.  He told me if I could put some funds together, he would use the money to buy inventory to sell to David's stores and no inventory would be sent overseas until he received the funds.  He showed me several wire transfers to his account originating from China.  The terms he offered were as follows: 1% a week on the total capital contributed.  He told me if I needed the money back, he simply needed some advance notice and would have the principal back in my hands within 30 days, if not sooner.

On 10/14/2018, I sent $26,481.64 to The Diamond Desk (Adam Lowe).  At that time, Adam already had $23,518.36 in cash I gave him after selling some rare coins I owned.  If I had to guess, the coins were extremely undervalued as I sold them to a business contact of Adam's that worked out of the same office building he did.  This original cash contribution was ear marked to purchase inventory and sell it at auction and or Neiman Marcus, where Adam claimed to have an agreement to sell rare color diamonds to their high-end clients.

Adam convinced me to contribute more funds as things seemed to be going well in China and I needed the monthly income.

Shortly before 1/29/19 I mortgaged by home at 115 Grove Way in Delray Beach.  On 1/29/19, I wired Kenwo International, Adam Lowe, $200,000 of the mortgage proceeds.  Adam gave me a signed agreement stating he received $250,000 from me personally and the terms were 1% a week.  Unfortunately, I cannot locate the document.  However, I do have proof I transferred the funds to him.  This proof was provided to the Miramar Police Department in the police report I filed as well as an FBI agent.

The week after I wired the additional funds, I did not receive a payment.  Adam told me it was Chinese New Year, and as such, it would be a couple of weeks before he could conduct any business there.

A few weeks went by and still no funds were received.  In addition, I was having a hard time getting a hold of Adam.  I was finally able to reach him and he told me there were some management changes within the stores that were purchasing the diamonds.  Adam told me the new store managers would not purchase any inventory without meeting him first.

Adam supposedly went to China in April of 2019.  Upon returning from China Adam told me the new managers wanted a 7 day return policy and he was not willing to give them that.  At that point, I told him I wanted my money back.  He told me he was going to NY to meet with some domestic buyers to free up some liquidity.  This was on or around May 15th, 2019.

I chased Adam for quite some time after that.  He told me he had multiple potential buyers for inventory he purported to be valued at approximately $2,000,000.

On 8-22, Adam sent me six e-mails.  Each e-mail contained a photo, GIA cert, and price.  These pieces were allegedly part of the inventory/collateral he was holding and were furnished to the Miramar Police Department and the FBI.

Shortly thereafter, Adam made arrangements to meet at my office to discuss in person.  He did not show up for the meeting.

On Friday, September 27th, I pressed him to confirm he would be at my office the following Tuesday as he missed the scheduled meeting.  Adam responded back "After consulting with counsel, I've been advised to provide the following contact information for further correspondence please reach out to: The Law Offices of Kevin M. Walsh 570-283-3041 Email: KMWESQ@aol.com.  I have not heard from him since.  An attorney I work with, Robert Bernstein, at Foley & Lardner called Mr. Walsh repeatedly on my behalf and Mr. Walsh still has not returned any of his calls to the best of my knowledge.

Not only did I lose my $250,000 investment, but I have been paying approximately 3% interest annually on the $200,000 I borrowed against my home since 1/12/19 for an additional $24,000.

Regards,

Jonathan Moulton