Adam Lowe

Adam Lowe convinced me the $250,000 yellow diamond he sold me for investment purposes was wholesale price and would be worth around $800,000 in about 10 years.  After purchasing a couple of years later I found out from auction houses that it was only worth at best $70,000 currently and would probably never be worth much more because of some properties in the diamond so I called Adam Lowe and he promised to get me all my money refunded if I send the diamond back to him and he sells it.  It cost me about $900 to send it overnight insured for $250,000 back to him as he requested.  For over a year I called him….sometimes he would answer and give me high hopes, other times no information and finally no response from him at all until I get a bankruptcy letter in the mail and information he moved to Pennsylvania…..not good news.  Of course I was very upset with worry and so much time spent on the phone and with letters and back and forth phone conversations with Adam, attorneys, and FBI….so much time spent dealing with this trying to get some money back and worrying every day and night about me losing all this money especially because he had conned me into sending the diamond back to him…..now I did not even have a diamond worth less than $250,000 where at least I could have had a $70,000 diamond in my hands if he did not promise me all his lying promises in getting me my money back so that was like a double wammy….he got all my money and the diamond back which made even my loss worse.  This $250,000 I gave him for the diamond was from my ROTH IRA retirement money and I lost it all….I could not even tell my husband at that point what had happened….that I had lost all my ROTH retirement savings and not only that loss but the loss of the underpriced diamond also.  I worried day after day and was very sick over this for years and still think about it every day and it effects me every day and my life now since I am at the age  of 74 and need this money now. He was a very good scammer and liar and deserves the maximum punishment for all the worry, losses, sleepless nights, horrible days in dealing with him and this loss.  I became very depressed and I have been in contact with Sarah Halleran in helping her.  I am only praying that I might get some of the money back but he has probably already spent all the money which adds to the depression and loss.

Thank you for listening and reading my statement

Karen Lawrence

404 819 8231

Karenlawrence75@bellsouth.net