Outlook

**[EXTERNAL EMAIL] - Letter to Judge Cohn**

**From** Amalia Maria Lee <amaliamariab@gmail.com>
**Date** Wed 2/12/2025 3:58 PM
**To** Halleran, Sarah (MM) (FBI) <shalleran@fbi.gov>

Dear Judge Cohn,

My name is Amalia Brassfield. My partner and I are victims of Adam Lowe and his associates.

I was poor going up with a single mother, food stamps etc. When I "invested" with Adam I was in my early 30's and my partner in his 20's. I had just sold my business and we finally felt safe to start a family in which we could BE with our child and each other, and not have to fear for money the way I did growing up. We, subsequently sold our home, moved into an RV and proceeded to begin building the life we wanted for our eventual child to come into.

It started with the profit from my business, then the profit from the house and eventually a significant chunk of my husbands retirement savings. We were convinced to give our entire life savings to this man under the guise of diversification as there was the diamond investment, the "fund" investment and so on. He promised that this money could be liquid within a week, so that when we were ready to buy land, build a home for our family, pay taxes, etc, that it would be there for us.

When we began asking for the money back to do just that, not only did Adam's evasion of us create enormous stress in our relationship and basic ability to live, but we were also newly pregnant and I was severely ill with hyperemesis gravidarum (violently ill and loosing weight etc). Instead of being able to set our home up and take care of my needs during this time, we had to stay at a friends apartment, my husband became an Uber driver while endeavoring to get his old job as an engineer back, and I obviously had zero ability to work or even properly pursue this man who had stolen our life savings.

Our choices were taken from us. Our relationship and my health were tested to dangerous edges. There were moments I considered abortion and even suicide because of the terrifying amount of discomfort I was physically in coupled with the bleak uncertainty of a life of financial uncertainty that we had done everything in our power to avoid. With no financial support since I was 16 years old, I had educated myself, built a business on my own, was debt free and sold that business for 6 figures plus. A year later I was in a friends dark apartment vomiting my insides out day and night, with no money to make a home for our family. It was a nightmare. No doubt in my mind that the stress of the financial situation contributed greatly to the state of my health.

But we got through it, We had our son. My husband got his job back, although we had to move back to expensive South Florida to do that, and now with only one income, we had to live in a tiny, dark apartment of our own, so we could begin saving again. 5 months later Covid came, inflation followed and you know the rest.

It has been impossible to catch up financially from this blow. It was everything. We have worked very hard to dig out and 7 years later, have finally realized our dream of building a home in a rural town near my husbands family. We are financially responsible for my mother as well as our own little family and feel the stress of money in a way I never wanted during motherhood. Recouping the money that was stolen from us would make a generational difference in our family. The ability to care for my 74 yr old mother, the ability to save for my child's future and the sense of security we need to possibly bring another child into the world.

I hope that every measure is taken to retrieve and liquidate the assets of these men and return the money to their victims. In our case, I know it would strengthen not only the physical and mental health our our entire family, but also our community, as I am deeply invested in service and being the kind of mother, partner and community

member that creates safety, opportunity, health and happiness to the next generation. I sincerely thank you for your time and attention. It has been a long road. To come to some kind of conclusion and possibly even justice would be life changing for us.

With gratitude and a hopeful heart- Amalia Brassfield.