Brian McCandlish
Pamela McCandlish
118 O'Hara Dr.
Woodstock, GA 30188
770-312-2140

May 2, 2024

Judge David S. Leibowitz
U.S. Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 202A, Chambers 202B
Fort Lauderdale, Florida 33301

RE:  Adam Jonathan Lowe, Murray Todd Petersen & Scott Schafer

Judge Leibowitz,

Brian and I were financially devasted by investing with these individuals referenced above, who we both trusted to assist us in securing a peaceful and happy retirement.  Not being able to utilize the $140,000 over the last 6-10 years to accumulate, and being provided with far undervalued/falsified diamonds since investing, has to be the ultimate in deception by human beings.

A value cannot be placed on the loss of peace of mind, the years of worry, and even the shame and embarrassment that takes place in one's own mind after being misled.

We had been in contact with Adam Lowe and gave him every opportunity to rectify this situation. He referred us to his attorney, (Kevin Walsh, Esq.), who never responded to our pleas.

Since not having the $140,000 + 10% interest rate per year (the falsified annual interest rate) for retirement, my husband and I have had to begrudgingly continue working.  Brian will be 70 in September and I am at age 67.

We are tired and emotionally drained over the years of waiting, waiting and more waiting for all of this to come to fruition.

Not only was our investment misappropriated, but the perpetrators tried to cover up the deception by giving us diamonds that were worth far less than the falsified appraised value.

Receiving the return of our investment would be preferable.  Whatever the court could impose as restitution would be greatly and very much appreciated.  We would love to begin our peaceful and happy retirement in the somewhat near future.

Thank you so much for your consideration!

Sincerely,


Pamela McCandlish / Brian McCandlish