Wednesday, February 12, 2025

Jonathan Moulton
115 Grove Way
Delray Beach, FL 33444

The Honorable Judge Cohn
Southern District of Florida
US Federal Building and Courthouse
299 East Broward Boulevard
Courtroom 203E, Chambers 203F
Fort Lauderdale, FL 33301

Dear Judge Cohn,

This letter is in reference to Adam Lowe and the Diamond Desk.  I submitted a Financial Affidavit last fall, included again herein, but thought I should provide some additional color surrounding the significant emotional distress caused by Adam in addition to the financial hardship I experienced.  Adam, was introduced to me at a well-known life insurance conference called NAILBA in Ft. Lauderdale.  Adam befriended me and my family, inviting us to sporting events, birthday parties, and other social gatherings.  I purchased my wife's engagement ring from Adam, which did end up being real, thankfully.  Adam and I talked about our children frequently and the costs associated with bringing them up and told me what he liked most about his relationship with David in China was the "consistent income" it provided for him and his family.  After gaining my trust, I turned over an antique coin collection given to me by my late father and took out a mortgage on my otherwise unencumbered home.  After chasing Adam around to no avail, I realized I had lost the money I had given him.  I lost the coin collection my father gave me.  I lost some of the equity in my home, which I am reminded of every single month I make a mortgage payment.  My wife was beside herself to the point she asked for a divorce.  I felt so horrible about my lack of judgement, I experienced significant depression, gained a ton of weight, and ended up in marriage counseling for months.  I also pulled out all of my eyelashes, repeatedly.  Fortunately I was able to save my marriage and learn how to cope with the loss of money and lapse in judgement, but it was absolutely awful.  I still cannot believe I fell victim to Adam, I used to think I was smarter than that.  Adam often bragged that diamonds were better than life insurance and claimed to have several nice pieces in lieu of life insurance.  Hopefully the court is able to get their hands one whatever assets he has as I know I am not the only one that suffered at the hand of Adam Lowe.  I appreciate your consideration.

Sincerely,

Jonathan Moulton

Case 0:23-cr-60225-DSL   Document 176-6   Entered on FLSD Docket 02/19/2025   Page 2 of 2