To Judge Cohn,

  I met Murray Todd Petersen about November 2017.
  I purchased an investment of fancy colored diamonds in a ring March 2, 2018 via wire for $55,000 to be taken out of my ROTH IRA as strongly suggested by Todd.

  When I had it appraised for the market value of $3,000 by Alison Lebaron I became very depressed and upset. I lost a big investment in my ROTH IRA. I paid to have the ring appraised twice-each time the fee was $100. The 1st appraisal said the ring was worth $22,000 insurance value. The 2nd appraisal was for market value of $3,000 and this is when I became VERY depressed and upset.

  Then I had a very difficult time sleeping every night for about 3 years. I thought about it daily.
It was VERY stressful having to obtain an attorney that would take my Civil Case. I called at least 4 & they said the would not take the case because it was only for $55,000 and it would be a lot of work. When I finally found an attorney I would say I put in at least 100 very stressful hours working on this case. The attorney I found at Weltz Law took my case primarily to help me as he noticed how stressed I was.  I had to be put on an anti-depressant Mirtazapine 15mg every night and still do take it.

I became very depressed that I lost that amount of money from my ROTH IRA and was upset that I had been fooled by a Financial Planner I trusted. I did not want to socialize or go on dates for about 3 years. I did see a Psychiatrist who put me on mirtazapine and that did help.

In the summer of 2019 when I asked Todd if he would help me sell the diamond he replied "I have 9 other people whose diamonds I am selling so it would not be ethical to sell yours". This caused me to be much more upset and depressed.

I was subpoenaed to fly to Ft Lauderdale in Jan 2025 and was very willing to do this but it was a very stressful & time consuming event preparing for it and flying there.

Thank you for your time.

Peter Damiano RN Feb 3, 2025


*Peter Damiano RN Feb 3, 2025*