Dear Judge Khan,

This is a statement of the impact that Todd Peterson has had on my life both financially and emotionally.

In May of 2014 I suffered a life changing spinal cord injury at the age of 56 when broke my neck. I was deemed totally disabled which meant that I lost my ability to work in any capacity therefore loosing my business and having through only what I have saved through years, social security, and a small pension.

In I believe 2016 I met Todd Peterson through a mutual friend who Todd was doing his financial planning. I had a retirement and investment portfolio that was being handed by another financial institution that I felt was not handling my funds to my best interest. Upon meeting with Todd, he pitched a very convincing sales pitch and promise of returns. I also explained to Todd my life situation with my injury, disability, and concerns of not having enough money to live out the rest of my life. I also explained to him the accident that I had and at the time was barely able to walk.

After a couple of interviews I decided to move my entire stock portfolio over to Todds firm. The first thing Todd did was move roughly $120,000 out of a cash account and purchased 4 REITs telling me that they were a solid long term investment strategy, come to find out they are junk that I have yet to get any return on and cannot get my money back on, one that has gone bankrupt, and the rest have devalued their stocks to less than half and still will not return funds. I found out the reason that Todd did this is that they all paid Todd a 8% selling commission. So, at the cost of $120,000 of my savings Todd made $9,600.

As soon as that deal was done Todd started pitching the fancy colored diamonds to me. Stating the incredible return on investment opportunity that this presented to my portfolio. The sales pitch went from casual to pretty high pressure. Todd laid out a plan to sell off some of my stocks to cover the $44,000 purchase of a ring and a necklace, of which I had to pay capital gain taxes on stock sales. When I received the pieces of jewelry I questioned the size and quality of the pieces. Todd kept referring to the Geological Survey

Reports and the instant value I had. He also stated that if I brought these diamonds to a local jeweler that the west coast doesn't know the true value of colored diamonds.

Fast forward to 2019 I get a phone call from Todd attempting to sell me another ring to which I told him I was not in a position to purchase. He them texted me a picture of a rare pink diamond ring. Calls me back and tells me they will take my two pieces in trade and $40,000 for the ring. I answered no. over the next 2 days Todd was relentless and convinced me to purchase it for $60,000 with no trade in. the ring never showed up. Todds words were, ( I hope I didn't sell you a picture). Then Todd stated looks like I won't be getting a commission on this one. I took the 2 pieces that I still had to a reputable diamond dealer and had them appraised, they were only worth around $8,000 of the $44,000 that I paid for them.

It was glaringly obvious that at this point in time I have been taken advantage of and severally financially damaged, and Todd still had control of my entire retirement portfolio, which drove me into a state of deep depression. I talked with Todd and Todd told me he would make me whole. I told Todd I want a full refund of all the Diamond purchases and that I had the diamonds appraised a fraction of the purchase price. Todd drove to my house and picked up the 2 original Diamond pieces that I purchased and had his secretary furnish a receipt to be refunded, which I never received a refund for. The next day I moved all of my portfolio out of Todds form to another firm and filed a FBI report.

In total Todd Peterson cost me $224,000, untold, sleepless nights, many, many days of thoughts of ending it all, unbelievable amounts of anxiety and all of the health issues that go along with that, all on top of the struggles of dealing with trying to put my life back together after my near death experience, and recovery process from braking my neck and damaging my spinal cord, which I still deal with to this day. Looking back on this whole episode, it leaves me to wonder, how could someone who claims of be a god fearing, good Cristian, work with the churches, do such phycological, emotional, and financial damage to not only someone in my situation, but to all of the others that he has damaged in the same way. It leaves me to wonder, those that have

passed on through this proses, did Todd's doings have a part in it? With this I feel the maximum sentence would be fitting.

Sincerely,

Alan Ferguson