To the Honorable Judge Cohn of the United States District Court Southern District of Florida,

My name is Kurtrina King, and I am writing to provide a victim impact statement regarding the crime committed against me by Murray Todd Petersen on November 14, 2018.

Impact on my life:

- **Emotional impact:**
  As a recent widow and new mother, it was extremely distressing to discover I had been defrauded. My greatest responsibility is to my child.
- **Financial impact:**
  Murray Todd Petersen defrauded me of $100,000. This was the only security I had for my child.
- **Social impact:**
  This crime has affected my ability to trust professionals. FINRA couldn't help me. When I discovered the contract Murray Todd Petersen gave me was fraudulent and asked my bank for help, my bank closed my account. The bank also closed my child's savings account. My bank informed me that neither myself or my child, would be allowed to hold an account of any type for the rest of our lives. This has permanently damaged our reputations in the banking industry.

Specific details of the crime's impact:

- As a new widow in 2018, I went to Debra Sue Petersen to ask for a trust to be formed. Instead, she introduced her husband, Murray Todd Petersen, and persuaded me to invest all my funds in colored gemstones. I was guaranteed it was low risk with a 30% minimum return within twelve months. I was guaranteed I would receive certificates of appraisals with my investment. I never received any gemstones or certificates. I was guaranteed I could request a draw at any time and I would receive a check within two weeks. I never received my money back or not even one return telephone call.
  In December of 2019, two weeks before Christmas, Murray Todd Petersen's attorney sent a letter informing me I was a victim of Adam Lowe's criminal action, someone I did not know. That was the only and last communication I ever had regarding my funds. Murray Todd Petersen took from my child the security for the future. Murray Todd Petersen used the trust I placed in his wife as an attorney, to defraud me.

Request to the court:

- Please consider sentencing Murray Todd Petersen to the maximum sentence considering the impact this crime has had on my child's life and future.

I believe it is important for the court to understand the significant impact this crime has had on my life.

Sincerely,

*Kurtrina King*   02/02/2025

Kurtrina King