RE: Case 318E-MM-3202673 - Court Case 23-CR-60225 　　　　　　　Folsom CA 2/12/2025

Victim Statement by Daniel Leemann

**Your Honor,**

I am writing to you today to share the devastating impact that the actions of Adam J Lowe (Adam) had on my life, both financially and emotionally. His deliberate, multi-faceted and calculated fraudulent schemes not only resulted in the theft of my hard-earned money but also in the loss of three high-valued diamonds that were central to my financial security and my personal life.

Throughout the years of 2015 to 2019 Adam managed to entrap me with ever increasing amounts of investments in his schemes of diamond deals domestically and internationally (Israel/China) and a proposed partnership with promises of 15-30% returns. NONE of the returns were ever delivered, nor the capital returned. The fear of losing my initial investment into a large 55.85ct diamond made me continuing the support of his enterprises.
With mixed feelings I had listened through his stories of personal injuries, family members in trouble, business progress in Haifa, Paris and China. Calls mostly ending in request for more money to support the business which he called partnership. Now I am not sure what was true if anything at all.
However I do know Adam had committed to deliver the 55.85ct stone by December 2019 (I specifically paid $81,270 for its release out of Israel for Tariffs/Fees and Brink delivery), though nothing ever was received.

Today, I look at these Losses:

- Investment Losses totaling ~ **$900,000**
- Lost/Stolen Diamonds totaling ~ **$900,000**:
    - 10ct Yellow, GIA#2135695593, (date: 8/3/2011)
    - 10ct Brown, GIA# 1142924000 (date:8/7/2012 **AND** 11/1/2023)
    - 55.85ct yellow/brown, GIA# 2171140411 (date: 7/8/2015)

Further troubling for me is the uncertainty if my assets ever will be recovered and returned. In particular I am aware that someone tried to sell the 55.85ct stone on an online auction in August 2020. I also learned that the second 10ct Brown stone was re-issued a GIA report in late 2023, however I did not hear of any results from Law Enforcement investigations into the whereabouts of these assets.

Adam deserves to be punished for his lies, deceits, thefts AND emotional harm he has inflicted on so many people. Furthermore, steps should be taken that he will not able to take possession of stones he may have hidden away with his contacts (as he had mentioned such potential action to me in one of the last phone calls in 2019).

This individual did not just steal property; he took from me a sense of trust and security that I may never fully recover.

Thank you for your time and consideration.

Daniel Leemann　　　　　　　　　Folsom CA 95630,　　　　　　　　　02/12/2025