# Victim Impact Statement

**Adam Asarnow**
**Date**: January 18, 2025
**Regarding**: Financial and Emotional Harm Caused by Adam Lowe, Todd Petersen, and The Diamond Desk

## Financial Impact

Your Honor,
I am writing to outline the financial and emotional harm I have suffered due to the actions of Adam Lowe, Todd Petersen, and The Diamond Desk.

Todd Petersen introduced me to the world of investing in fancy colored diamonds. While I believe most of my financial losses were caused by Adam Lowe, I also hold Todd Petersen accountable for his role. As a partner with The Diamond Desk, he repeatedly vouched for Adam Lowe's integrity, which misled me into placing unwarranted trust in their organization.

That misplaced trust led to substantial financial losses. To fund these investments, I took out a securities-backed line of credit (SBLOC) based on their promises. Over the past five years or more, I've sold stocks to reduce this debt, yet I still owe over $250,000 and continue to incur significant monthly interest payments. This debt has caused ongoing financial strain and disrupted years of careful planning. The financial losses I have incurred include:

- **$322,500** in principal funds invested in the Diamond Desk's "Preferred Interest Program."
- **$77,400** in unpaid accrued interest.
- **$150,000** in a Rapid Return Investment that was never fulfilled.
- **$85,000**, wired for my brother's 11ct diamond, which was never delivered.
- **$320,000** for a purple-pink diamond, (which was received but later found to be fracture-filled, significantly reducing its actual value)

I estimate my total financial loss to be approximately **$925,000**.

## Emotional Impact

I placed my confidence in their promises, only to suffer financial losses and the ongoing stress of repaying a debt that should not exist. Selling portions of my stock portfolio has disrupted my financial stability and long-term plans. Beyond the monetary impact, I feel exploited and deeply betrayed by those I trusted.

## Closing Statement

I respectfully ask the court to consider the full impact of Adam Lowe's and Todd Petersen's actions. I sincerely hope they are held accountable and required to repay the money owed to me, helping alleviate my financial burden. I also hope that justice will ensure others are protected from similar harm.

Thank you for your time and consideration.

**Signed:**

*[signature: Adam Asarnow]*